UNITED STATES COURT OF INTERNATIONAL TRADE

CHINT SOLAR (HONG KONG) COMPANY
LIMITED, CHINT SOLAR (JIUQUAN) CO.,
LTD., CHINT SOLAR (ZHEJIANG) CO.,
LTD., CHINT NEW ENERGY
TECHNOLOGY CO., LTD. (F/K/A CHINT
NEW ENERGY TECHNOLOGY (HAINING)
CO., LTD.), M.L.T. SOLAR ENERGY
PRODUCT CO., LTD., ASTRONERGY NEW
ENERGY TECHNOLOGY (SINGAPORE)
PTE. LTD, and ASTRONERGY SOLAR,

     Plaintiffs,

and

BOVIET SOLAR TECHNOLOGY CO., LTD.,

     Plaintiff-Intervenor,

v.

UNITED STATES,

     Defendant,

and

AMERICAN ALLIANCE FOR SOLAR
MANUFACTURING,

     Defendant-Intervenor.

Before: Joseph A. Laroski, Jr.,
        Judge

Court No. 26-00812

ORDER

     Upon consideration of the Status Conference held on April 29, 2026 in the above-captioned case, and upon Defendant's representation that the issues are adequately briefed for purposes of a temporary hold and that the court does not require Defendant's consent, and upon Plaintiffs' and Plaintiff-Intervenor's consent, it is hereby:

     **ORDERED** that the Defendant, the United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and

Court No. 26-00812                                                      Page 2

Border Protection ("Customs"), shall be, and are hereby temporarily **ENJOINED**, pending the resolution of the Plaintiff-Intervenor's Motion for Preliminary Injunction (ECF No. 27) and any forthcoming Motion to Dismiss in the above-captioned case, from causing or permitting liquidation of unliquidated entries of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China under A-570-979 that:

(1) were entered, or withdrawn from warehouse, for consumption on or after December 1, 2022 through November 30, 2023; and

(2) were the subject of the administrative proceeding published as Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022-2023, 90 Fed. Reg. 60,060 (Dec. 23, 2025); and

(3) were exported and/or produced by Boviet Solar Technology Co., Ltd.; and it is further

**ORDERED** that this temporary preliminary injunction shall remain in effect until dissolved or modified by order of this Court; and it is further

**ORDERED** that any entries inadvertently liquidated by Customs after this order is signed shall be returned to unliquidated status and suspended in accordance with this injunction.

**SO ORDERED**.

/s/      Joseph A. Laroski, Jr.
Judge

Dated: May 1, 2026
       New York, New York